Baron J. Drexel SBN 132529
Law Offices of Baron J. Drexel
212 Ninth Street, Ste. 401
Oakland, CA 94607
Tel:   (510) 444-3184
Fax:   (510) 444-3181
Email: drexelbaron@gmail.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD JONES, JOHN CAYANNE AND JIM GLASSCOCK, | Case No. 1:16-cv-01725-LJO-EPG |
| Plaintiffs, | STIPULATION TO EXTEND TIME FOR PLAINTIFFS TO AMEND COMPLAINT AND ORDER APPROVING SAME |
| vs. | |
| MICHAEL KEITZ, SHERIFF JOHN ANDERSON, ROBERT BLEHM, MADERA COUNTY SHERIFF'S DEPARTMENT, MADERA COUNTY, DOES 1 TO 100, INCLUSIVE, | |
| Defendants. | |

WHEREAS, the Court entered an Order on April 17, 2017 dismissing the complaint with leave to amend,

WHEREAS, plaintiffs' counsel is presently out of the country on a cruise crossing the Atlantic Ocean without ability to speak with his clients until he reaches England which is beyond the period set forth by the Court and with limited ability to research caselaw while he is on a ship,

1

WHEREAS, plaintiffs' counsel's vacation had been preplanned and counsel did not receive the Court's order until he was on the cruise,

WHEREAS, defense counsel has agreed to extending time so long as the Court allows this extension,

NOW, THEREFORE, the parties in this action through their undersigned counsel agree that plaintiffs may file their amended complaint within 28 days of April 27, 2017, which is up to and including, May 25, 2017.

Dated: April 21, 2017      /s/Baron J. Drexel
                           Baron J. Drexel
                           Law Offices of Baron J. Drexel
                           Attorney for Plaintiffs

Dated: April 21, 2017      /s/Christina C. Tillman
                           **Christina C. Tillman**
                           McCormick Barstow LLP
                           Attorney for Defendants

ORDER

The parties having stipulated to an extension of time to file an amended complaint, good cause appearing, the Court hereby GRANTS the extension of time for plaintiffs to file an amended complaint. Plaintiffs may file their amended complaint up to and including, May 25, 2017.

IT IS SO ORDERED.

Dated:   **April 24, 2017**          **/s/ Lawrence J. O'Neill**
                                     UNITED STATES CHIEF DISTRICT JUDGE